UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARU SWINTON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-1120 (PLF) |
| EDWARD F. REILLY, JR., et al., | ) |
| Defendants. | ) |

ORDER

On June 22, 2007, plaintiff filed a *pro se* complaint in this Court asserting claims pursuant to the Ex Post Facto Clause and the Fifth and Fourteenth Amendments of the Constitution. On the second page of his complaint, plaintiff identified this case as sharing common questions of law and fact with Civil Action Number 06-1650, currently pending before Judge Ellen S. Huvelle of this Court. Upon review of the complaint in that matter and in the above-captioned matter it is hereby

ORDERED that this matter is transferred to the Calendar Committee for reassignment based on its related case status with the matter currently pending before Judge Huvelle, Civil Action Number 06-1650, pursuant to Local Civil Rule 40.5.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: June 27, 2007