CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

DARU SWINTON )
)
)
)
         Plaintiff ) Civil Case Number 07-1120 (ESH)
)
v. )
) Category    F
EDWARD F. REILLY, JR., et al. )
)
)
)
         Defendant )
)

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>June 28, 2007</u> from <u>Judge Paul L. Friedman</u> to <u>Judge Ellen S. Huvelle</u> by direction of the Calendar Committee.

(Reassigned as related to 06-1650)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:   <u>Judge Friedman</u> & Courtroom Deputy
      <u>Judge Huvelle</u> & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk ✓