AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 6/29/07 |
| NAME OF SERVER (PRINT) DEBORAH PULLIAM | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/26/07        *Deborah Pulliam*
            Date            Signature of Server

            209-45 110 Ave Qns NY 11429
            Address of Server

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Patricia K. Cushaw,
    Commissioner
    U.S. Parole Commission
    5550 Friendship Blvd
    Suite 420
    Chevy Chase, MD
    20815-7286

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature  X  SSpnl    ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery 6/24/

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7007 0710 0002 9362 5685

PS Form 3811, February 2004   Domestic Return Receipt    102595-02-M-1540

**RECEIVED JUL 16 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT**