AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 6/28/07 |
| NAME OF SERVER *(PRINT)* DEBORAH PULLIAM | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _certified mail_

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/26/07                     _Deborah Pulliam_
              Date                        Signature of Server

                                         209-45 110 Ave QU NY 11429
                                         Address of Server

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Deborah A Spagnoli,
   Commissioner
   U.S. Parole Commission
   5550 Friendship Blvd
   Suite 420
   Chevy Chase, MD
   20815-7286

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _SD Spor_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): SD SPOR
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail  ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)  7007 0710 0002 9362 5715

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

RECEIVED
JUL 16 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 6/28/07 |
| NAME OF SERVER (PRINT) DEBORAH PULLIAM | TITLE |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where served: _____

    _____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

    _____

    G  Other (specify): _____

    _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6/26/07   *Deborah Pulliam*
              Date                      Signature of Server

                            209-45 110 Ave Qu, NY 11429
                            Address of Server

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

Edward F. Reilly,
Chairman
U.S. Parole Commission
5550 Friendship Blvd
Suite 420
Chevy Chase, MD 20815-7286

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _SD Spore_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name): SD SPORE   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

[ARLINGTON ROAD STATION 20814 JUN 28 2007 postmark]

3. Service Type
  ☐ Certified Mail   ☐ Express Mail
  ☐ Registered   ☐ Return Receipt for Merchandise
  ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
  (Transfer from service label)   7007 0710 0002 9362 5678

PS Form 3811, February 2004   Domestic Return Receipt   102595-C

(1) As to who may serve

civil action 1:07-cv-01120 ESH

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE | 6/28/07 |
| NAME OF SERVER (PRINT) DEBORAH PULLIAM | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/26/07       *Deborah Pulliam*
                Date              Signature of Server

**RECEIVED JUL 16 2007**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Address of Server: 209-45 110 Ave QV, NY 11429

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   Isaac Fulwood Jr.
   Chairman
   U.S. Parole Commission
   5550 Friendship Blvd
   Suite 420
   Chevy Chase, MD
   20815-7286

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X S D Spore  ☐ Agent ☐ Addressee
B. Received by (Printed Name): SD SPORE
C. Date of Delivery:
D. Is delivery address different from item 1? ☐ Yes  ☐ No

[ARLINGTON ROAD STATION JUN 28 2007 20814]

3. Service Type
   ☐ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7007 0710 0002 9362 5692

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 6/28/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| DEBORAH PULLIAM | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): _Certified mail_

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/26/07   _Deborah Pulliam_
            Date        Signature of Server

209-45 110 Ave QU, NY 11429
Address of Server

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Cranston J. Mitchell
   Commissioner
   U.S. Parole Commission
   5550 Friendship Blvd
   Suite 420
   Chevy Chase, MD 20815-7286

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  SP Sporl    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): SD SPORL
C. Date of Delivery: JUN 28 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7007 0710 0002 9362 5708

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540