UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DARU SWINTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 07-CV-1120 (ESH) |
| ) | |
| EDWARD F. REILLY, Chairman, ) | |
| United States Parole Commission, et al. ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' CONSENT MOTION FOR AN ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Pursuant Fed. R. Civ. P. 6(b)(1), Defendants through counsel, respectfully request an enlargement of time until September 28, 2007, to file an answer or otherwise respond to Plaintiff's complaint. In support of this motion, Defendants state the following:

1. Plaintiff filed his pro se complaint in this Court on or about June 22, 2007. In his complaint, Plaintiff seeks to compel Defendants to reconsider his application for parole. Defendants' answer or response to the Complaint is due on or before August 31, 2007.

2. The undersigned has been in contact with the United States Parole Commission ("USPC"), the entity that denied Plaintiff's application for parole. The USPC is in the process of forwarding the administrative file to the undersigned, however, due to time constraints, this file has not yet been provided.

3. The undersigned is seeking an enlargement until September 28, 2007, to enable receipt of said file and a thorough investigation prior to filing an answer or other appropriate response.

4.   Pursuant to Local Civil Rule 7(m), Defendants have conferred with Plaintiff's counsel, Drew Wallach, Esq., who consent to this request.

Dated: August 31, 2007

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

KENNETH ADEBONOJO
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139

COUNSEL FOR DEFENDANTS