# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **DARU SWINTON**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Civil Action No.: 07-CV-1120 (ESH)** |
| | ) | |
| **EDWARD F. REILLY, Chairman,** | ) | |
| **United States Parole Commission, et al.** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANTS' CONSENT MOTION FOR AN ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Pursuant Fed. R. Civ. P. 6(b)(1), Defendants through counsel, respectfully request an enlargement of time until October 26, 2007, to file an answer or otherwise respond to Plaintiff's complaint.  In support of this motion, Defendants state the following:

1.      Plaintiff filed his complaint in this Court on or about June 22, 2007.  In his complaint, Plaintiff seeks to compel Defendants to reconsider his application for parole. Defendants' answer or response to the Complaint is due on or before September 28, 2007.

2.      The undersigned has been in contact with the United States Parole Commission ("USPC"), the entity that denied Plaintiff's application for parole.  Although the USPC has provided the undersigned with Plaintiff's administrative file, the undersigned has been preoccupied with complying with discovery from the other Plaintiffs in these consolidated matters.

3.      The undersigned is seeking an enlargement until October 26, 2007, to enable review of Plaintiff's administrative file and the preparation of an answer or other appropriate response.

4.      Pursuant to Local Civil Rule 7(m), Defendants have conferred with Plaintiff's

counsel, Jason Wallach, Esq., who consent to this request.

Dated:  September 28, 2007

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR #  434122
Assistant United States Attorney

_____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room 4210
Washington, D.C. 20530
(202) 514-7157

COUNSEL FOR DEFENDANTS

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **DARU SWINTON,** | ) |
|  | ) |
| **Plaintiff,** | ) |
|  | ) |
| **v.** | )    **Civil Action No.: 07-CV-1120 (ESH)** |
|  | ) |
| **EDWARD F. REILLY, Chairman,** | ) |
| **United States Parole Commission, et al.** | ) |
|  | ) |
| **Defendants.** | ) |

## <u>ORDER</u>

This matter having come before this Court on Defendants' Motion for an Enlargement of Time to Answer or Otherwise Respond to the Complaint, it is hereby

**ORDERED** that Defendants' motion is **GRANTED**.  It is further

**ORDERED** that Defendants shall file their response to Plaintiff's complaint on or before October 26, 2007.

**SO ORDERED** this _____ day of _____, 200__.


_____
United States District Court Judge